# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 10 MM 2020 |
| Respondent | : | |
| v. | : | |
| DANIEL CASEY, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent | : | |
| v. | : | |
| BRENDAN PATRICK YOUNG, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2020, the Petition for Review is DENIED.